ROE et al. v. WATKINS.

No. 7719—Opinion Filed July 24, 1917.

Rehearing Denied Nov. 6, 1917.

(168 Pac. 407.)

1. Indians—Allotment of Lands—Alienation—Act of Congress.

By virtue of an act of Congress approved June 28, 1906, 34 Stat. 539, c. 3572, providing for the division of property of the Osage Indians in Oklahoma, lands, exclusive of homestead, allotted to a member of that tribe to whom a certificate of competency issued, were voluntarily alienable by him, but not subject to compulsory sale to satisfy a judgment.

2. Indian Lands—Incumbrance or Sale—Act of Congress.

Act Cong. April 18, 1912, 37 Stat. 86, c. 83, is prospective in its operation.

(Syllabus by Bleakmore, C.)

Error from District Court, Osage County; R. H. Hudson, Judge.

Action by Norris Watkins against Lottie Roe and H. M. Freas, to quiet title to, and enjoin the sale on execution of, certain lands. Judgment for plaintiff, and defendant brings error. Affirmed.

Joseph D. Mitchell, for plaintiffs in error.

Hargis & Conwell, for defendant in error.

Opinion by BLEAKMORE, C. The controlling facts here are the same as in Lottie Roe and H. M. Freas, as Sheriff of Osage County, Oklahoma, v. H. G. Burt, No. 7718, 66 Okla. 193, 168 Pac. 405, and the decision in that case, to-day rendered, governs this appeal.

The judgment of the trial court should therefore be affirmed.

By the Court: It is so ordered.